**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-1180

LAWRENCE VERLINE WILDER, SR.,

Plaintiff - Appellant,

v.

SECRETARY MICHAEL LEAVITT; ADMINISTRATOR KERRY WEEMS; CHAIR
NAOMI EARP; EQUAL EMPLOYMENT OPPORTUNITY COMMISSION;
CHAIRMAN NEIL ANTHONY GORDON MCPHIE,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (1:09-
cv-00089-AMD)

Submitted: May 28, 2009                Decided: June 5, 2009

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Lawrence Verline Wilder, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Verline Wilder, Sr., seeks to appeal the district court's order placing his motion for appointment of counsel in abeyance pending receipt of a response to Wilder's mandamus petition. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Wilder seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED